**FILED**

September 17, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:07CR00341-FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| TANYA LESLIE WELLMAN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  TANYA LESLIE WELLMAN , Case No.

2:07CR00341-FCD   , Charge   18USC § 371, 1708, 1344(2)   , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

> \_\_    Release on Personal Recognizance

> \_\_    Bail Posted in the Sum of \$_____

>> \_\_    Unsecured Appearance Bond

>> \_\_    Appearance Bond with 10% Deposit

>> \_\_    Appearance Bond with Surety

>> \_\_    Corporate Surety Bail Bond

>> ✔    (Other)    Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 17, 2007  at  2:00 pm  .

By   /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court