C. EMMETT MAHLE
Attorney at Law
State Bar #   104069
901 H St., Ste. 203
Sacramento, California 95814
Telephone: (916) 447-1646
Attorney for Defendant Wellman

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-341-FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO CONTINUE |
| TANYA L. WELLMAN, | ) | SENTENCING HEARING RE |
| | ) | RESTITUTION AND ORDER |
| Defendant. | ) | |

**STIPULATION AND ORDER**

Defendant Tanya L. Wellman, by and through counsel C. Emmett Mahle, and plaintiff, United States, by and through counsel Assistant U.S. Attorney Michelle Rodriguez, hereby stipulate and agree that the restitution hearing currently set for April 7, 2008, be vacated and reset for May 19, 2008.  The additional time is necessary for defense preparation and for probation officer investigation and report.  The probation officer will complete the final memo concerning restitution on or before May 12, 2008 and Ms. Wellman (defendant) and the undersigned counsel then will need additional time to review the restitution memo with the defendant.

The parties have agreed to reset the hearing to May 19, 2008.  The parties further stipulate and agree the interests of justice are served by setting the restitution hearing beyond the time limits found in 18 U.S.C. § 3664(d)(5).  The additional time is necessary to allow preparation of the report and the defense sufficient time to review

1  the proposed restitution order and, if appropriate, stipulate to the amount and avoid

2  bringing Ms. Wellman (defendant) to Court.

3  DATED: March 27, 2008

5                                                            /s/ C. Emmett Mahle

6                                                            _____
7                                                            C. EMMETT MAHLE
8                                                            Attorney for Defendant

11  DATED: March 27, 2008,                    McGREGOR SCOTT
12                                                            United States Attorney

14                                                            /s/ Michelle Rodriguez
15                                                               (By Mahle per e-mail)

16                                                            _____
17                                                            MICHELLE RODRIGUEZ
18                                                            Assistant U.S. Attorney

22        IT IS SO ORDERED.

24  DATED: March 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE