C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
TANYA LESLIE WELLMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-07-0341 FCD |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs. | |
| TANYA LESLIE WELLMAN, | |
| Defendant. | |

STIPULATION

Defendant TANYA LESLIE WELLMAN, by and through her counsel, Attorney C. EMMETT MAHLE, and plaintiff, the United States, by And through counsel Assistant U.S. Attorney MICHELLE RODRIGUEZ, hereby stipulate and agree that the restitution amount determined by the probation officer in the memorandum filed herewith is Correct. The probation officer contacted all victims, collected all the relevant information and calculated the total amount of restitution owed in this case. The memorandum prepared by the probation officer sets out the

victims and the amount owed to each. The total amount of restitution is calculated to be $2,972.64, and the parties stipulate that the Judgment and Commitment Order should be amended to impose such restitution.

Further, since the parties have entered into this Stipulation, the parties agree that this Court may VACATE the "DETERMINATION OF RESTITUTION" Hearing currently set for May 19, 2008.

DATED:   5-14-08             /s/ C. EMMETT MAHLE
                             C. EMMETT MAHLE
                             Attorney for Defendant
                             TANYA LESLIE WELLMAN

DATED:   5-14-08             /s/ MICHELLE RODRIGUEZ
                             Assistant U.S. Attorney
                             (By C. EMMETT MAHLE per e-mail)

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: May 21, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -